■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD SCOTT, JR., Appellant. [708 NYS2d 342] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered June 1, 1998, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; *People v Paige,* 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606).

The defendant failed to raise a nonfrivolous issue in his supplemental *pro se* brief. Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY STINSON, Appellant. [707 NYS2d 675] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Lefkowitz, J.), imposed July 15, 1997, upon his plea of guilty, the sentence being concurrent indeterminate terms of 5 to 10 years imprisonment for assault in the first degree, 3½ to 7 years imprisonment for attempted assault in the first degree, 2 to 4 years imprisonment for assault in the second degree (three counts), and 1½ to 3 years imprisonment for criminal mischief in the third degree.

Ordered that the sentence is modified, on the law, by reducing the term of imprisonment imposed on the conviction for criminal mischief in the third degree from 1½ to 3 years imprisonment to 1 to 3 years imprisonment; as so modified, the sentence is affirmed.

The court erred in sentencing the defendant to 1½ to 3 years imprisonment for criminal mischief in the third degree. This crime is not a violent felony, and the defendant was not found to be a prior felony offender. Accordingly, the sentence was illegal (see, Penal Law § 70.00 [3] [b]). The defendant's remaining contentions are without merit. Mangano, P. J., O'Brien, Sullivan, Goldstein and Schmidt, JJ., concur.